**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:      01-12-01114-CV

Style:      Yigal Bosch

      **v** Braes Woods Condominium Association

Date motion filed[*]:      January 17, 2013

Type of motion:      Appellant's Motion to Accept his Amended Request for the Clerk's Record

Party filing motion:      Appellant

Document to be filed:      Brief

If motion to extend time:

      Deadline to file document:      Not yet due

      Number of previous extensions granted:

      Length of extension sought:

Ordered that motion is:

      ☐      Granted
            If document is to be filed, document due:

            ☐    The Clerk is instructed to file the document as of the date of this order
            ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☑      Dismissed (*e.g.*, want of jurisdiction, moot) as premature

      **Appellant's brief is not yet due because the record is not complete.  See TEX. R. APP. P. 38.6(a).**

      **Once the record is complete, the Court will set a briefing schedule.**

Judge's signature:  /s/ Jane Bland
            ☑ Acting individually    ☐ Acting for the Court

            Panel consists of _____.

Date:  January 23, 2013